# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 08-10791-WRS |
| | Chapter 7 |
| DAN J. MCLEOD, JR. & | |
| MARY A. MCLEOD, | |
|     Debtors | |
| DAN J. MCLEOD, JR., | |
|     Plaintiff | Adv. Pro. No. 08-01110-WRS |
| v. | |
| ARROW FINANCIAL SERVICES, LLC, | |
|     Defendant. | |

## MEMORANDUM DECISION

This Adversary Proceeding comes before the Court upon Plaintiff Dan J. McLeod's Motion for entry of Default Judgment. (Doc. 12). Based upon its review of the record in this Adversary Proceeding, it appears that service of process was made upon the Defendant on October 23, 2008. The Court's record does not indicate that an answer or appearance has been made by the Defendant and Plaintiff's counsel has advised that no answer has been received by him. It appears that Plaintiff's Motion for entry of Default Judgment should be GRANTED. The Court will enter judgment by way of a separate document.

Done this 20th day of January, 2009.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Arrow Financial Services, LLC, *pro se*
  J. Kaz Espy, Attorney for Plaintiff